# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOANE S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | Case No.: 21-cv-1043-MMA (MSB) <br><br> **ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

Sloane S. filed this social security appeal challenging the denial of her application for disability insurance benefits. *See* Doc. No. 1. All matters in this social security appeal are hereby referred to United States Magistrate Judge Michael S. Berg for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. 636(b)(1)(B); CivLR 72.1. Nothing in this Order shall impact the previously set deadlines in the action.

**IT IS SO ORDERED**.

Dated: June 13, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge