# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLOANE S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 21-cv-1043-MMA (MSB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;** <br><br> [Doc. No. 17] <br><br> **REVERSING DECISION OF THE COMMISSIONER OF SOCIAL SECURITY; AND** <br><br> [Doc. No. 16] <br><br> **REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

On June 1, 2021, Plaintiff Sloane S. ("Plaintiff") filed a complaint under 42 U.S.C. § 405(g) and § 1383(c)(3) seeking judicial review of the Commissioner of Social Security's ("Defendant" or "Commissioner") denial of disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. *See* Doc. No. 1. The Court referred all matters arising in this social security appeal to United

1  States Magistrate Judge Michael S. Berg for report and recommendation pursuant to
2  Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1.
3  *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. CivLR 72.1.  On September 23, 2022, the parties
4  filed a "Joint Motion for Judicial Review of the Final Decision of the Commissioner of
5  Social Security."  *See* Doc. No. 16.  On February 15, 2023, Judge Berg issued a thorough
6  and well-reasoned report recommending that the Court reverse the Commissioner's
7  decision and remand the matter to the Social Security Administration for further
8  administrative proceedings.  *See* Doc. No. 17 ("Report and Recommendation").  Neither
9  party objected to the Report and Recommendation.  The time for filing objections has
10 expired.

11       The duties of the district court in connection with a magistrate judge's report and
12 recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and
13 28 U.S.C. § 636(b)(1).  Where the parties object to a Report and Recommendation, "[a]
14 judge of the [district] court shall make a de novo determination of those portions of the
15 [Report and Recommendation] to which objection is made."  28 U.S.C. § 636(b)(1); *see*
16 *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).  When no objections are filed, the district
17 court need not review the Report and Recommendation de novo.  *See Wang v. Masaitis*,
18 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114,
19 1121–22 (9th Cir. 2003) (en banc).  A district judge may nevertheless "accept, reject, or
20 modify, in whole or in part, the findings or recommendations made by the magistrate
21 judge."  28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088
22 (S.D. Cal. 2006).

23       The Court has made a review and determination in accordance with the
24 requirements of 28 U.S.C. § 636 and applicable case law.  Upon due consideration, the
25 Court **ADOPTS** Judge Berg's Report and Recommendation.  Accordingly, the Court
26 **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Social
27 Security Administration for further administrative proceedings consistent with this
28 Court's Order and Judge Berg's Report and Recommendation.

The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated:  March 2, 2023

HON. MICHAEL M. ANELLO
United States District Judge